**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6183**

_____

SCOTT RANDALL REICH,

                Plaintiff - Appellant,

      v.

DR. ARNETT COLEMAN; P.A. MARK DOWNS; P.A. LEMKE; DR. CLIFTON
CURTIS,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Terrence W. Boyle, District Judge.  (5:23-ct-03241-BO)

_____

Submitted:  July 7, 2025                                    Decided:  July 9, 2025

_____

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Scott Randall Reich, Appellant Pro Se.  Christina Jansen Banfield, HARRIS, CREECH,
WARD & BLACKERBY, New Bern, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scott Randall Reich seeks to appeal the district court's order denying his motion for reconsideration of its order denying his motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Reich seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny the pending motion and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
